IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
OCT 11 2016
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06–66–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| DALLAS KOEPFLI, | |
| Defendant. | |

Defendant Dallas Koepfli's Motion for Early Termination of Supervised Release is now before the Court. (Doc. 175.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 175) is GRANTED. As of the date of this Order, Defendant's supervision is terminated.

Dated this 11th day of October, 2016.

Donald W. Molloy, District Judge
United States District Court